Dear Clerk, TRIAL-COURT CAUSE NO. 906051 14-02-815-CR

3-7-2015
DATE

Thank you so much for your time and help!! Would you please tell me how much will cost me to buy of my COURT RERORD'S and court TRIAL TRANSCRIPTS !!

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS
MAR 10 2015
CHRISTOPHER A. PRINE
CLERK

copy

MAILED
3/6/15

② and would you send me a copy of my DOCKET SHEET please?

③ And last, would you tell me the cost to buy a copy of my FIRST 11.07 PACKAGE with the "STATE'S ORIGINAL ANSWER?
Thank You !!

KEEPER RAY HUDSON
T.D.C.J #1126301
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY, TX. 75886